# EXHIBIT B

**From:** Thayappalliveliyil, Sajithkumar (Cognizant)
**Sent:** Thursday, April 13, 2017 3:06 PM
**To:** Krishnamurthy, Supreeta (Cognizant) <Supreeta.Krishnamurthy@cognizant.com>; Venugopalan, Thiagarajan (Cognizant) <Thiagarajan.Venugopalan@cognizant.com>
**Cc:** Shankaran, Vidya (Cognizant - HR) <Vidya.Shankaran@cognizant.com>; Bhat, Sanjay (Cognizant) <Sanjay.Bhat@cognizant.com>
**Subject:** FW: Service Delivery Manager for Gilead - Need help

Supreeta, Thiaga,

Need your help on this requirement.. little urgent. I am trying to get the SO created through vertical folks... but please do start looking for a suitable candidates immediately. Sanjay will coordinate the evaluation process.

Following is the high level JD:

| Customer | Gilead |
|---|---|
| Role Title | Digital Service Delivery Manager |
| Location | Foster city, CA |
| Preferred level | SM / AD |
| Billing rate | $150+ |
| Responsibilities | - Represent Digital CoE across business units<br>- Engage with business stakeholders to evangelize the digital services and capabilities to generate demand and channelize the delivery of such projects through DCoE<br>- Coordinate the delivery of digital projects with technical delivery teams, PMs, business users, executive sponsors, IT leaders and external partners / marketing agencies<br>- Ensure flawless delivery of digital projects end to end<br>- Conduct delivery portfolio reviews / present KPI matrix to IT and business leaders periodically |
| Qualifications | - Program / Delivery Management experience – at least 10 years<br>- Experience of managing large IT portfolios – up to $3MN / year<br>- Knowledge about Digital trends and technologies including Mobile, Web, Digital Marketing, Web Analytics, ECM, Collaboration, Portals & O365 |
| Additional requirements | - Preferably a diversity candidate (American) for cultural fitment reasons |

Let me know if you have any questions.