```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/20/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JEREMY WEAVER,                                    :
                                                  :
                              Plaintiff,          :
                                                  :           1:19-cv-01310-GHW
              -against-                           :
                                                  :                  ORDER
COGNIZANT, ABHIJIT THOSAR                         :
SAJITHKUMAR THAYAPPALLIVELIYI,                    :
SUPREETA KRISHNAMURTHY,                           :
THIAGARAJAN VENUGOPALAN, VIDYA                    :
SHANKARAN, SANJAY BHAT, BIBHAKAR                  :
PANDEY, SOWRI SANTHANAKRISHNAN,                   :
                                                  :
                              Defendants.         :
-----------------------------------------------------------------X

GREGORY H. WOODS, District Judge:

Plaintiff's complaint was filed on February 11, 2019. Dkt. No. 1. Based on Plaintiff's representations at the initial pre-trial conference, the Court understands that as of May 17, 2019, none of the individual Defendants has yet been served.

As the complaint was filed on February 11, 2019, the ninety-day window for service under Federal Rule of Civil Procedure 4(m) closed on May 12, 2019. Accordingly, Plaintiff is hereby ORDERED TO SHOW CAUSE by May 24, 2019 as to why this action should not be dismissed against the individual Defendants for failure to serve process in the time allotted by Federal Rule of Civil Procedure 4(m). In addition, the Court expects Plaintiff's submission to address whether service was made within the ninety-day window as to any of the individual Defendants.

SO ORDERED.

Dated: May 20, 2019                                  _____
New York, New York                                         GREGORY H. WOODS
                                                          United States District Judge